IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JUN 16  A 11: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO.  3:06CR157-WHA |
|  | ) [18 USC 1708] |
| MITCHEL EUGENE WELBORN | ) |
|  | ) INFORMATION |

The United States Attorney charges:

### COUNT 1

Between May 1, 2005 and May 7, 2005, within the Middle District of Alabama, the defendant,

MITCHELL EUGENE WELBORN,

did knowingly and willfully steal and take from and out of an authorized depository for mail matter, located in Opelika, Alabama, approximately 34 pieces of mail matter including letters, postal cards, bags, and other mail matter, in violation of Title 18, United States Code, Section 1708.

_Leura V. Canary_
LEURA G. CANARY
United States Attorney

_Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney