# United States District Court

_____ MIDDLE _____ DISTRICT OF ____ _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

MITCHEL EUGENE WELBORN

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06CR157-WHA

I, __Mitchel Eugene Welborn__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 1708,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on_____ prosecution by indictment and consent that the
                                  *Date*

proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
      *Judicial Officer*