**COURTROOM DEPUTY'S MINUTES**    **DATE: June 28, 2006**

**MIDDLE DISTRICT OF ALABAMA**    **DIGITAL RECORDING: 9:05 - 9:25**

**COURT REPORTER: Risa Entrekin**

❒ **ARRAIGNMENT**    ❒**CHANGE OF PLEA**    √**CONSENT PLEA**

❒ **RULE 44(c) HEARING**    ❒ **SENTENCING**

---------------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**    **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:06cr157-WHA**    **DEFENDANT NAME: Mitchel Eugene Welborn**

**AUSA: Tommie Hardwick**    **DEFENDANT ATTORNEY: Kevin Butler**

**Type counsel (  )Waived; (  )Retained; (  )CJA; ( √ )FPD**

**(  ) appointed at arraignment; (  ) standing in for: _____**

**PTSO/USPO: Dwayne Spurlock**

**Interpreter present? ( √ )NO; (  )YES  Name:**

---------------------------------------------------------------------------------------------------------------------

√This is defendant's **FIRST APPEARANCE.**

❒ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❒ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

√ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ❒ **Not Guilty**

√**Guilty as to:**

√**Count(s): 1 of the Felony Information**

❒ **Count(s):**    ❒ **dismissed on oral motion of USA**

❒ **to be dismissed at sentencing**

√Written plea agreement filed   ❒ **ORDERED SEALED**

√**ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Felony Information.**

❒ CRIMINAL TERM:    ❒ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

√ **BOND in the amount of $25,000.00 and Conditions of Release executed.**

❒ Trial on _____; ❒ Sentencing on _____

❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

❒ Trial on _____; or ❒ Sentencing on _____

❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed

❒ Defendant requests time to secure new counsel