# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | |
|---|---|---|
| DATE COMMENCED: September 27, 2006 | AT: | 11:11 a.m. |
| DATE COMPLETED: September 27, 2006 | AT: | 11:24 a.m. |

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 3:06cr157-WHA
)
MITCHEL EUGENE WELBORN )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Brown Hardwick | Kevin L. Butler |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Court addresses the Defendant as to payment of restitution and drug problem.
Sentence is stated.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is DIRECTED to see the probation officer before leaving.
Court is adjourned.