## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 3:06CR000157 |
| **MITCHEL EUGENE WELBORN,** | ) |
| Defendant. | ) |

### SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /S/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Plaintiff
        Post Office Box 197
        Montgomery, AL 36101
        Telephone:  (334) 223-7280
        Facsimile:   (334) 223-7201
        E-Mail: rand.neeley@usdoj.gov


JUDGMENT DATED:   September 27, 2006

DATED:   December 19, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Mitchel E. Welborn, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 20th day of December, 2007.

Mr. Mitchel E. Welborn
2300 Stone Street
Opelika, AL 36801

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY