PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mitchel Eugene Welborn                    Case Number: 3:06cr157-WHA

Name of Sentencing Judicial Officer:  The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence:   September 27, 2006

Original Offense: Theft of Mail

Original Sentence: 3 year term of probation

Type of Supervision: Probation                    Date Supervision Commenced: September 27, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall serve three (3) consecutive weekends at a jail facility to be designated by the Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. The exact date to begin this modification of probation will be as directed by the USPO.

### CAUSE

On December 2, 2007, Welborn was arrested by the Opelika Police Department for Public Intoxication. On April 9, 2008, Welborn appeared in Opelika Municipal Court and pled guilty to the alleged charge. He was fined $100.00 together with $106.00 in costs, and sentenced to 30 days in the city jail. Welborn's custody sentence was suspended. The consequences of Welborn's criminal conduct was explained to him. The probation officer believes that the recommended modification appears to be appropriate in addressing Welborn's violation. Welborn signed a Probation Form 49 waiving his right to counsel and a hearing before the Court and has agreed to the proposed condition.

                                                    Respectfully submitted,
                                    by              /s/ Donnelle Thompson
                                                    Donnelle Thompson
                                                    U.S. Probation Officer
                                                    Date: May 2, 2008


Reviewed and approved:     /s/ David Ron Thweatt
                           David Ron Thweatt
                           Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

---------------------------------
Signature of Judicial Officer

---------------------------------
Date