UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1. The defendant shall serve three (3) consecutive weekends at a jail facility to be designated by the Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. The exact date to begin this modification of supervised release will be as directed by the USPO.

Witness: *Dannelle Thompson*
U. S. Probation Officer

Signed: *[signature]*
Probationer or Supervised Releasee

Date: May 1, 2008

Date: 5/1/08